IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK TERRY<br>18 R STREET, NW<br>WASHINGTON, DC 20001<br><br>  Plaintiff,<br><br>v.<br><br>CASSANDRA SNEED OGDEN<br>COUNCIL ON LEGAL EDUCATION<br>OPPORTUNITY (CLEO)<br>740 15TH STREET, NW 1ST FLOOR<br>WASHINGTON, DC 20005<br><br>  and<br><br>COUNCIL ON LEGAL EDUCATION<br>OPPORTUNITY (CLEO)<br>740 15TH STREET, NW 1ST FLOOR<br>WASHINGTON, DC 20005<br><br>  and<br><br>AMERICAN BAR ASSOCIATION<br>321 NORTH CLARK STREET 60654<br>21ST FLOOR<br>CHICAGO, IL<br><br>  and<br><br>ELISSA LICHTENSTEIN<br>AMERICAN BAR ASSOCIATION<br>740 15TH STREET, NW 1ST FLOOR<br>WASHINGTON, DC 20005<br><br>  Defendants. | Civil Action No. _____ |

## NOTICE OF REMOVAL

To: United States District Court
for the District of Columbia

14850990v.1

The Clerk of The Superior Court of the District of Columbia

David A. Branch, Esq.
Law Offices of David A Branch and Associates, PLLC
1901 Pennsylvania Avenue, NW #802
Washington, DC 20006

PLEASE TAKE NOTICE that on the 3rd day of October, 2012, Defendants, Council on Legal Education Opportunity ("CLEO")[1], American Bar Association ("ABA")[2], and Elissa Lichtenstein ("Lichtenstein"), by and through the undersigned counsel, and with the consent of Defendant Cassandra Sneed Ogden ("Ogden"), hereby remove this civil action from the Superior Court of the District of Columbia pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Ogden's Notice of Consent to Removal is attached hereto as Exhibit 1. The grounds for this removal are as follows:

1.    Plaintiff Roderick Terry ("Plaintiff") commenced a civil action now pending in the Superior Court of the District of Columbia entitled *Roderick Terry v. Cassandra Sneed Ogden, Council on Legal Education Opportunity (CLEO), American Bar Association, and Elissa Lichtenstein*, Civil Action No. 0006536-12.

2.    The Summons, Complaint, and Initial Order and Addendum were served on Ogden on September 26, 2012, on CLEO on September 13, 2012, on ABA on September 14, 2012, and on Lichtenstein on September 13, 2012. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders in the file of the Superior Court of the District of Columbia in this action are attached hereto as Exhibit 2.

---

[1] CLEO is not a legal entity; its employees are employees of the ABA.

[2] Plaintiff incorrectly identified the Defendant American Bar Association in the case caption. Defendant American Bar Association's proper name is "American Bar Association, Inc."

3. Plaintiff alleges that he is a resident of Washington, D.C. *See* Complaint ¶ 3.

4. Plaintiff's Complaint asserts a retaliation claim under the False Claims Act for reporting violations of the False Claims Act. *See* Complaint pgs. 15-16:

5. Plaintiff's Complaint additionally asserts a discrimination claim under the District of Columbia Human Rights Act. *See* Complaint pgs. 16-17.

6. This Court has original federal question jurisdiction of this action under 28 U.S.C. § 1331, because Plaintiff's cause of action is based on a law of the United States. Therefore, this case is properly removable to this Court under 28 U.S.C. § 1441(a), (c).

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of receipt of Plaintiff's Complaint.

8. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), (c).

9. Notice of the filing of this Notice of Removal will be given to Plaintiff and will be filed with the Clerk of the Superior Court of the District of Columbia pursuant to 28 U.S.C. § 1446(d). *See* Exhibit 3.

WHEREFORE, this action is removable to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 under this Court's federal question jurisdiction.

    Respectfully submitted,

    AMERICAN BAR ASSOCIATION, COUNCIL ON LEGAL EDUCATION OPPORTUNITY and ELISSA LICHTENSTEIN

    By: _/s/_____
    Raymond C. Baldwin, Esq., Bar No. 461514
    James M. Mesnard, Esq., Bar No. 404835
    Laura J. Robinson, Esq. (*to be admitted pro hac vice*)
    SEYFARTH SHAW LLP
    975 F Street N.W.
    Washington, D.C. 20004
    (202) 463-2400
    (202) 641-9183 (fax)
    rbaldwin@seyfarth.com
    jmesnard@seyfarth.com
    ljrobinson@seyfarth.com

Dated: October 3, 2012

*Counsel for Defendants American Bar Association, Council on Legal Education Opportunity and Elissa Lichtenstein*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served via first class mail, postage prepaid, this 3rd day of October, 2012 on:

>David A. Branch, Esq.
>Law Offices of David A Branch and Associates, PLLC
>1901 Pennsylvania Avenue, NW #802
>Washington, DC 20006

_____
James M. Mesnard

I further certify that I promptly will cause a copy of this Notice of Removal to be filed with the Clerk of the Superior Court of the District of Columbia in accordance with 28 U.S.C. § 1446(d).

_____
James M. Mesnard

14850990v.1

# Exhibit 1

14850990v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK TERRY<br>18 R STREET, NW<br>WASHINGTON, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>CASSANDRA SNEED OGDEN<br>COUNCIL ON LEGAL EDUCATION<br>OPPORTUNITY (CLEO)<br>740 15TH STREET, NW 1ST FLOOR<br>WASHINGTON, DC 20005<br><br>    And<br><br>COUNCIL ON LEGAL EDUCATION<br>OPPORTUNITY (CLEO)<br>740 15TH STREET, NW 1ST FLOOR<br>WASHINGTON, DC 20005<br><br>    And<br><br>AMERICAN BAR ASSOCIATION<br>321 NORTH CLARK STREET 60654<br>21ST FLOOR<br>CHICAGO, IL<br><br>    And<br><br>ELISSA LICHTENSTEIN<br>AMERICAN BAR ASSOCIATION<br>740 15TH STREET, NW 1ST FLOOR<br>WASHINGTON, DC 20005<br><br>    Defendants. | Civil Action No. _____ |

## NOTICE OF CONSENT TO REMOVAL

Defendant Cassandra Sneed Ogden, by and through the undersigned counsel and without waiving, and specifically reserving, all defenses, objections, exceptions and motions, including

but not limited to lack of service, improper service, lack of personal jurisdiction and arbitrability of these claims, consents to, authorizes and joins in the removal of the above-captioned action from the Superior Court of the District of Columbia to this Honorable Court.

Dated: October 2, 2012

Respectfully submitted,

Robert R. Niccolini (Bar No. 1000251)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, D.C. 20006
(202) 263-0241
(202) 887-0866 (fax)
Robert.Niccolini@odnss.com

*Counsel for Defendant Cassandra Sneed Ogden*