IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK TERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CASSANDRA SNEED OGDEN, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:12-cv-01645-GK |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned Parties hereby stipulate that the above-captioned case shall be dismissed, in its entirety, with prejudice against all named Defendants.

| CASSANDRA SNEED OGDEN | RODERICK TERRY | AMERICAN BAR ASSOCIATION, COUNCIL ON LEGAL EDUCATION OPPORTUNITY and ELISSA LICHTENSTEIN |
|---|---|---|
| BY: /s/<br>Robert R. Niccolini, MD Bar No. 24873<br>John S. Bolesta, DC Bar No. 981489<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>1909 K Street, NW, Suite 1000<br>Washington, DC 20006<br>(202) 887-0855 phone<br>(202) 887-0866 fax<br>robert.niccolini@odnss.com<br>john.bolesta@odnss.com | BY: /s/<br>David A. Branch, Bar No. 438764<br>Law Offices of David A. Branch & Associates, PLLC<br>1901 Pennsylvania Avenue, NW, #802<br>Washington, DC 20006<br>(202) 785-2805 phone<br>(202) 758-0289 fax<br>dablaw@erols.com | By: /s/ James M. Mesnard<br>Raymond C. Baldwin, Esq., Bar No. 461514<br>James M. Mesnard, Esq., Bar No. 404835<br>Laura Robinson, Esq.<br>SEYFARTH SHAW LLP<br>975 F Street N.W.<br>Washington, D.C. 20004<br>(202) 463-2400<br>(202) 641-9183 (fax)<br>rbaldwin@seyfarth.com<br>jmesnard@seyfarth.com<br>ljrobinson@seyfarth.com |

Dated: July 19, 2013

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL, was filed by CM/ECF on July 19, 2013 and was electronically served upon all counsel of record.

/s/ James M. Mesnard
James M. Mesnard